IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CHRISTOPHER M. DALRYMPLE,   )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      1:23cv437-MHT
                            )          (WO)
COFFEE COUNTY, AL, et al.,  )
                            )
    Defendants.             )
```

## ORDER

It is ORDERED that plaintiff's "motion to order transport" (Doc. 1 at p. 13), which the court construes as a motion for temporary restraining order, is denied.

It is further ORDERED that plaintiff's "petition for order of protection (Doc. 1 at p. 21) is denied to the extent that plaintiff seeks emergency relief in the form of a temporary restraining order, but is also construed as a motion for preliminary injunction.

DONE, this the 20th day of July, 2023.

                                         /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE