IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER M. DALRYMPLE,    ) | |
| ) | |
| Plaintiff,    ) | |
| )  | CIVIL ACTION NO. |
| v.    ) | 1:23cv437-MHT |
| )  | (WO) |
| COFFEE COUNTY, ALABAMA,    ) | |
| et al.,    ) | |
| ) | |
| Defendants.    ) | |

OPINION

Plaintiff, an inmate at the county jail in Coffee County, Alabama, filed this lawsuit claiming that employees of the Coffee County Sheriff's Department locked him in a restraint chair at the jail and beat him, and seeking an investigation, a temporary restraining order, production of video and medical evidence, and other relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of October, 2023.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**